UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-123-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDWIN COLON MALDONADO, | ) | |
| Defendant. | ) | |

The defendant's Motion in Limine to Exclude [DE-86] is DENIED..

SO ORDERED.

This, the 19th day of November, 2012.

*[signature]*
JAMES C. FOX
Senior United States District Judge