UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

Edwin Colon MAldonado

NO. 7:11-CR-123-2F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/26/2012 be turned over to Special Agent Mike Sorg, _____ to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 16 | Bersa Hand Gun |
| 29 | Exterior Envelope |
| 30 | Exterior Envelope |

This 26th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent _____ (signature) on _____ (date)