UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

Edwin Colon Maldonado

NO. 7:11-CR-123-2F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/27/2012 be turned over to Special Agent Mike Sorg, to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 31 | Envelope and Cocaine |
| 17 | Magazine - Silver |
| 18 | Magazine - Black |

This 28th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent       (signature) on       (date)