

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

UNITED STATES OF AMERICA

VS.

Edwin Colon MAldonado

NO. 7:11-CR-123-2F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/28/12 be turned over to Special Agent _____, _____ to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 76 | 12 Rounds of Ammunition |

This 28th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent _____ (signature) on _____ (date)