UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00123-02-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| EDWIN COLON MALDONADO, ) | |
|    *also known as* ) | |
|       "Edwin Maldonado-Cruz," ) | |
|    *also known as* ) | |
|       "Pablo Castro," ) | |
|       Defendant. ) | |

The defendant's motions for a new trial and for a mistrial, made and renewed orally by defense counsel during and after trial, have been held in abeyance since November 29, 2012, awaiting the defendant's submission of the results of a handwriting analysis. The Government did not oppose the request to have the handwriting analysis conducted. To date, neither a brief nor a handwriting analysis has been filed.

In order for the court and the parties to have sufficient opportunity to consider and act upon whatever submission the defendant seeks to present concerning his objections to the subject document and the implications arising from it, it hereby is ORDERED that the defendant file whatever motion and analysis he deems appropriate, if any, on or before **January 14, 2013**. The Government may file a response, if any, on or before **January 28, 2013**. This matter is scheduled for sentencing during the court's March 11, 2013, term of court.

SO ORDERED. This, the 3rd day of January, 2013.

*/s/ James C. Fox*
JAMES C. FOX
Senior U.S. District Judge