UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00123-02-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDWIN COLON MALDONADO, | ) | |
|   *also known as* | ) | |
|   "Edwin Maldonado-Cruz," | ) | |
|     *also known as* | ) | |
|   "Pablo Castro," | ) | |
|     Defendant. | ) | |

The defendant's motions for a new trial and for a mistrial, made and renewed orally by defense counsel during and after trial, have been held in abeyance since November 29, 2012, awaiting the defendant's submission of the results of a handwriting analysis he planned to conduct. The Government did not oppose the suggestion.

On January 3, 2013, the court entered an order [DE-110] directing Maldonado to file the results of the requested handwriting analysis, if at all, on or before January 14, 2013. As of the date hereof, no submission has been forthcoming by Maldonado or his attorney.

There being no ground presented therefor, Maldonado's oral Rule 29 motion is DENIED.

SO ORDERED.

This, the 16th day of January, 2013.

                            */s/ James C. Fox*
                            JAMES C. FOX
                            Senior U.S. District Judge