IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00123-F-2
No. 7:16-CV-00192-F

| | | |
|---|---|---|
| EDWIN COLON MALDONADO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-190, -195]. Having examined Petitioner's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion, within **forty (40)** days of the filing of this order.

Petitoner asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Office of the Federal Public Defender was appointed to represent Petitioner, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), but has been allowed to withdraw.

SO ORDERED.

This 9 day of August, 2016.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE